# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:08CR21 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 3)ANTHONY LEE REED | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as it relates to the captioned Defendant only.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Anthony Lee Reed only.

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney, the United States Marshal and the U.S. Probation Office.

Signed: September 11, 2008

Lacy H. Thornburg
United States District Judge